UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS SAPIR,<br><br>Plaintiff and Defendant-in-Counterclaims<br><br>v.<br><br>JOBIAK, LLC; VENKAT JANAPAREDDY; NITIN AWTE; MANISH MEHTA; and RAMANA PAGADALA,<br><br>Defendants and Plaintiff-in-Counterclaims (with respect to Jobiak, LLC) | Civil Action No. 1:26-cv-12351-JEK |

**ADDITIONAL RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES Jobiak, LLC ("Jobiak") and provides additional Rule 7.1 disclosures as set forth below, in accordance with the Court's Order dated November 4, 2026.

Jobiak hereby identifies its members and their citizenship as follows:

1) Venkat Janapareddy, who is a natural person and a citizen of Massachusetts;

2) Murali Ganta, who is a natural person and a citizen of Massachusetts;

3) Surya Sagi, who is a natural person and a citizen of Connecticut; and

4) Akar Ventures, LLC ("Akar").

Jobiak is a nongovernmental limited liability company, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Akar is a Delaware Limited Liability Company with a principal office in Westford, Massachusetts, and the citizenship of its sole owner, who is Venkat Janapareddy, is also Massachusetts. Akar is a nongovernmental limited liability company, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

JOBIAK, LLC; VENKAT JANAPAREDDY;
NITIN AWTE; MANISH MEHTA; and
RAMANA PAGADALA,

By their attorneys,

Jonathan D. Plaut
BBO #638344
COHAN PLAUT RAJSICH LLP
50 Milk Street, 16th Floor
Boston, MA 02109
Tel: (617) 451-3200
E-mail: jdplaut@CRMLLP.com

Dated: November 11, 2026

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of this document via filing on the electronic pacer system and by electronic mail to all parties or their counsel.

Jonathan D. Plaut
Date: November 11, 2026